UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

**FILED**
FEB 2 2 2017

CLERK

| | |
|---|---|
| RANDALL EHLERS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SCOTT DIRKES, JIM HANSEN,<br>ROBERT RYBANK,<br><br>　　　　Defendants. | CIV. 12-5093-JLV<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' stipulation of dismissal (Docket 74), it is

ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice and without the recovery of costs or disbursements to any party.

IT IS FURTHER ORDERED that this court retains jurisdiction over the settlement agreement should issues arise relating to the carrying out or fulfillment of the settlement agreement.

Dated February 22, 2017.

BY THE COURT:

JEFFREY L. VIKEN
CHIEF JUDGE